# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA MILLER, | : | |
| | : | |
| Plaintiff, | : | No. 3:19-cv-01726 |
| | : | |
| v. | : | (SAPORITO, M. J.) |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of November, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment AFFIRMING the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall CLOSE this case.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: November 20, 2020